UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                          Case No. 1:19–mj–293

v.                                     Hon. Ray Kent

BRADLEY P. BATTELL,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Detention Hearing
Date/Time:             August 30, 2019   01:30 PM
Magistrate Judge:   Ray Kent
Place/Location:      584 Federal Building, Grand Rapids, MI


                                            RAY KENT

Dated:  August 28, 2019       By:   /s/ Faith Hunter Webb_____
                                           Judicial Assistant